UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISA RIOS,<br><br>        Plaintiff,<br><br>   v.<br><br>RITZ-CARLTON HOTEL COMPANY, LLC,<br><br>        Defendant. | Case No. 19-cv-01957-VC<br><br>**DISMISSAL ORDER** |

Because the parties have stipulated to arbitrate all claims and have not identified any reason to stay the case, this case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 13, 2019

_____
VINCE CHHABRIA
United States District Judge